IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                              **CASE NO. 4:06CR00324JMM**

**DAVID STANFORD FORRESTER**

<u>**ORDER**</u>

Pending is the Defendant's motion for reduction of sentence. (Docket # 35). Defendant argues that the term of imprisonment of 135 months on this charge to run concurrently with the sentence of 135 months in Case No. 4:06CR00105 exceeds the maximum sentence for counterfeiting under the Federal Sentencing Guidelines. However, on October 24, 2007, the Court consolidated this case with Case No. 4:06CR00105. Defendant did not object to the consolidation. The consolidation of the two cases and resulting guideline calculation were proper and the judgment entered in this case is correct. Accordingly, Defendant's motion is denied.

IT IS SO ORDERED this 8th day of February, 2008.

_____
James M. Moody
United States District Judge